# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.J. BRUBAKER, T.P. BELSKY**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## GREGORY D. HURST
## LOGISTICS SPECIALIST FIRST CLASS (E-6), U.S. NAVY

### NMCCA 201400448
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 27 August 2014.
**Military Judge:** CAPT Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commander, Navy Region Northwest,
Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR E.K. Westbrook,
JAGC, USN.
**For Appellant:** Capt Michael Magee, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**9 April 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court